NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERMAN HOWARD,**
*Petitioner*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent*

---

2014-3116, 2014-3121

---

Petitions for review of the Merit Systems Protection Board in No. DA-0752-09-0172-C-1, DA-0752-13-0089-I-1.

---

**JUDGMENT**

---

MARSHALL DECEDERIL WHITE, Law Office of Marshall D. White, San Antonio, TX, argued for petitioner.

ANNA BONDURANT ELEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC argued for respondent. Also represented by JOSHUA E. KURLAND, JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 10, 2015        /s/  Daniel  E.  O'Toole
       Date                 Daniel E. O'Toole
                           Clerk of Court